USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/18/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

                  Petitioners,

-against-

CCC CUSTOM CARPENTRY CORP.,

                  Respondent.

---

25 Civ. 7678 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Petitioners bring this action seeking to enforce an arbitration award obtained pursuant to a collective bargaining agreement under section 301 of the Labor Management Relations Act of 1947, as amended, 29 U.S.C. § 185. *See* ECF No. 2. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is ORDERED that:

1. By **October 17, 2025**, Petitioners shall file and serve a statement pursuant to Local Rule 56.1 and Rule III.C of the undersigned's Individual Practices in Civil Cases, along with any additional materials with which they intend to support their petition, including memoranda of law, the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;
2. By **October 31, 2025**, Respondent shall file its opposition; and
3. By **November 7, 2025,** Petitioners shall file their reply, if any.

      IT IS FURTHER ORDERED that by **October 1, 2025**, Petitioners shall serve a copy of this order upon Respondent by personal service on an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service, pursuant to N.Y. C.P.L.R. 311, and upon the secretary of state, pursuant to N.Y. Bus. Corp. Law § 306.  By **October 17, 2025,** Petitioners shall file an affidavit of such service.

      SO ORDERED.

Dated: September 18, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge