UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, et al.,

                    Petitioners,

   -v-

CCC CUSTOM CARPENTRY CORP.,

                    Respondent.

CIVIL ACTION NO. 25 Civ. 7678 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management and a report and recommendation on the motion for summary judgment filed by Petitioners Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, and the Trustees of the New York City Carpenters Relief and Charity Fund (together, the "Petitioners").  (Dkt. No. 20; 13 (the "Motion")).  On September 16, 2025, Petitioners filed a petition to confirm an arbitrator's award rendered pursuant to a collective bargaining agreement.  (Dkt. No. 2 (the "Petition")). Respondent CCC Custom Carpentry Corp. ("Respondent") was served with the summons, Petition, and supporting documents.  (Dkt. Nos. 8; 12).  On September 18, 2025, given that "proceedings to confirm an arbitration award must be 'treated as akin to a motion for summary judgment,'" the Honorable Analisa Torres ordered Petitioners to file the Motion and set a briefing schedule for it.  (Dkt. No. 9 (citing D.H. Blair & Co., Inc. v. Gottdiener, 462 F.3d 95, 109 (2d Cir. 2006)).  On October 16, 2025, Petitioners filed the Motion.  (Dkt. Nos. 13–19).

To date, despite having been served with the Petition, (Dkt. Nos. 8; 12), and the Motion, (Dkt. No. 19), Respondent have not responded to the Petition or the Motion or otherwise appeared in this action.  On or before **March 16, 2026**, Respondent shall file a response to the Petition and the Motion.  Given the overlapping relief in the Petition and the Motion, Respondent may combine its response for the Petition and the Motion and file one response for both.  (See Dkt. Nos. 2; 13–19).  RESPONDENT IS WARNED THAT FAILURE TO RESPOND TO THE PETITION AND THE MOTION BY **MARCH 16, 2026** WILL RESULT IN THE COURT RECOMMENDING THAT THE PETITION AND THE MOTION BE GRANTED AS UNOPPOSED.

On or before **March 4, 2026**, Petitioners shall file proof of service of this Order on Respondent.

Dated:      New York, New York
            March 2, 2026

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        United States Magistrate Judge

2