UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, et al.,

                    Petitioners,

   -v-

CCC CUSTOM CARPENTRY CORP.,

                    Respondent.

CIVIL ACTION NO. 25 Civ. 7678 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 21, Respondent was required to respond to the Petition and the Motion by March 16, 2026.  (Dkt. No. 21).[1]  To date, Respondent has not responded to the Petition or the Motion.  As a final courtesy, the Court sua sponte **EXTENDS** Respondent's deadline to respond to the Petition and the Motion to **March 25, 2026**.  Given the overlapping relief in the Petition and the Motion, Respondent may combine its response for the Petition and the Motion and file one response for both.  (See Dkt. No. 21).

RESPONDENT IS WARNED THAT FAILURE TO RESPOND TO THE PETITION AND THE MOTION BY **MARCH 25, 2026** WILL RESULT IN THE COURT RECOMMENDING THAT THE PETITION AND THE MOTION BE GRANTED AS UNOPPOSED.

---

[1] All capitalized terms shall have the same meaning as in the Court's Order, dated March 2, 2026. (Dkt. No. 21).

2

On or before **March 20, 2026**, Petitioners shall file proof of service of this Order on

Respondent.

Dated:      New York, New York
            March 18, 2026

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**

2