USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: ___7/23/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Petitioners,

-against-

CCC CUSTOM CARPENTRY CORP.,

Respondent.

25 Civ. 7678 (AT) (SLC)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

On September 16, 2025, Petitioners initiated this action seeking confirmation of an arbitration award dated April 16, 2025. *See* Pet. at 1–2, ECF No. 2. By order dated September 18, 2025, the Court set a briefing schedule on the petition, and Petitioners then filed a motion for summary judgment. *See* ECF Nos. 9, 13. Despite being served with the petition and the Court's order, *see* ECF Nos. 10–12, Respondent, CCC Custom Carpentry Corp., has not appeared in this action or made any filings. The Court referred the unopposed motion for summary judgment to the Honorable Sarah L. Cave for a Report and Recommendation ("R&R") on February 27, 2026. *See* ECF No. 20.

After careful consideration, Judge Cave issued an R&R recommending that the motion be granted and judgment entered in favor of Petitioner in the amount of $192,445.95, along with pre- and post-judgment interest. *See* R&R at 19, ECF No. 25. Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has passed. *See id.* at 20; Fed. R. Civ. P. 72(b)(2); ECF No. 26 (Certificate of Service). Because no objection was made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Cave's thorough and well-reasoned decision.

Accordingly, the Court ADOPTS the R&R in its entirety. The Clerk of Court is respectfully directed to enter judgment in favor of Petitioners and against Respondent as follows:

1. $187,372.08 as the amount of the arbitration award;
2. $4,583.40 in attorneys' fees;
3. $490.47 in costs;

4. $22,579.62 in pre-judgment interest;[1] and
5. Post-judgment interest consistent with 28 U.S.C. § 1961, to run from the date of this order.

SO ORDERED.

Dated: July 23, 2026
New York, New York

ANALISA TORRES
United States District Judge

[1] The Court calculates the pre-judgment interest amount using the method detailed in footnote 5 of the R&R. *See* R&R at 13 n.5, 19–20. As 463 days have passed between April 16, 2025, and the date of this order, the Court calculates interest as: $187,372.08 * (.095 * (463/365)).