UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, AND THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Petitioners,

-against-

CCC CUSTOM CARPENTRY CORP.,

Respondent.

25 CIVIL 07678 (AT)(SLC)

# **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated July 23, 2026, the Court ADOPTS the R&R in its entirety. Judgment entered in favor of Petitioners and against Respondent as follows: 1. $187,372.08 as the amount of the arbitration award; 2. $4,583.40 in attorneys' fees; 3. $490.47 in costs; 4. $22,579.62 in pre-judgment interest; and 5. Post-judgment interest consistent with 28 U.S.C. § 1961, to run from the date of this order.

**Dated:** New York, New York
July 27, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** ______________________
**Deputy Clerk**